UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE

Daniel Clark Boyd #93291
510 Allison St
Morristown Tenn 37814

Case # 10CR 228
10 CR 229

*[Enter above the name and prisoner number of each plaintiff]*

v.

Hamblen County Circuit Court
510 Allison St
Morristown Tenn 37814
State Attorneys Office

*[Enter above the name of each defendant]*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(42 U.S.C., Section 1983)

I. **PREVIOUS LAWSUITS**

   A. Have you begun another lawsuit in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES [ ] NO [X]

   B. If your answer to "A" is YES, describe the lawsuit in the space below. (If more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.

   1. Parties to the previous lawsuit:

      Plaintiffs: _____

      Defendants: _____

   2. Court (if Federal Court, name the District; if state court, name the county): _____

   3. Docket number: _____

   4. Name of judge to whom the case was assigned: _____

5. Disposition (for example, was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. PLACE OF PRESENT CONFINEMENT: HAMBLEN COUNTY JAIL (SHERIFF OFF.

   A. Is there a prisoner grievance procedure in this institution: YES [X]  No [ ]

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
   YES [X]   NO [ ]

   C. If your answer is YES:
   1. What steps did you take? Filed Complaint's thru Requests & Grievence Forms.
   2. What was the result? Reply was Judge will get to me when he gets to me.

   D. If your answer to "B" is NO, explain why not. _____

   E. If there is no prison grievance procedure in the institution, did you complain to prison authorities?
   YES [X]  NO [ ]

   F. If your answer is YES:
   1. What steps did you take? I Repeatedly complained to officers I have Had No Court Appearance for Arrainment or Bond
   2. What was the result? No Reply

III. PARTIES: (In Item "A" below, place your name in the first blank and your present address in the second blank; do the same on an additional sheet of paper for any additional plaintiffs.)
   A. Name of plaintiff: DANIEL CLARK BOYD
      Present address: 510 Allison St Morristown TN 37814
      Permanent home address: 3803 WAS Rd Cosby TN 37722
      Address of nearest relative: Same

-2-

In item "B" below, place the FULL NAME of the defendant on the first line, his/her official position on the second line, and his/her place of employment on the third line. Use item "C" for the names, positions, and places of employment of any additional defendants.)

B. Defendant: Hamblen County Jail
Place of employment: Sheriffs Dept
Official Position: State's Attorney Office

C. Additional defendants: _____

IV. **STATEMENT OF CLAIM:** State here as briefly as possible the FACTS of your case. Describe HOW EACH DEFENDANT is involved. Include also names of any other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra pages if necessary.

1. I was Released from Prison June 15, 2010 with probation plan in hand.
2. I was Arrested by Hamblen County on an Indictment for Theft over 500.00 x 2 on July 8th 2010

I am presently still Incarcerated at Hamblen Co Jail as of today of Jan 3, 2011 without a first Appearance Hearing, An Arraingment Hearing or Bond Hearing. My Charges have not been Read to me in Court or by any warrants served I feel my Rights have been Violated by Due Process. I am handicapped with special needs This facility is not handicapped accessable. No handrails in cell or shower, No Recreation, No Law Library, No Representation of Counsel, No means to petition local court by legal motions because of No legal counsel or Law Library Access. No kind of Personel Appearance No medical satisfaction, lost medication, multiple staff infections

V.  **RELIEF.**  State BRIEFLY exactly what you want the Court to do for you.  Make no legal arguments.  Cite no cases or statutes.)

1) Appoint Legal Representation
2) Due Process by First Appearance or Arraingment
3) Release until Court Date on Recognicense Bond
4) Move me to suitable Facility until Court Date (Handicapped)

SIGNED this 3 day of January, 20 11.

Daniel C Boyd
#93291
Signature of Plaintiff

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Date: 1/3/2011

_____
Signature of Plaintiff
93291

**YOU** ARE RESPONSIBLE FOR KEEPING THE COURT INFORMED IMMEDIATELY OF ANY ADDRESS CHANGE. FAILURE TO PROVIDE YOUR CORRECT ADDRESS TO THIS COURT WITHIN TEN (10) DAYS FOLLOWING **ANY** CHANGE OF ADDRESS WILL RESULT IN THE **DISMISSAL** OF THIS ACTION.