UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at GREENEVILLE

DANIEL CLARK BOYD #92291 )
)
v. ) NO. 2:11-cv-3
) *Greer/Inman*
HAMBLEN COUNTY CIRCUIT )
COURT and HAMBLEN COUNTY )
JAIL )

# ORDER of JUDGMENT

In accordance with the accompanying memorandum, this *pro se* prisoner's civil rights action, filed under 42 U.S.C. § 1983, is **DISMISSED** for failure to prosecute. Rule 41(b) of the Federal Rules of Civil Procedure. Should plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis* because, for reasons discussed in the memorandum, any appeal from this decision would not be taken in good faith and would be frivolous. *See* 28 U.S.C. § 1915(a)(3).

**ENTER**:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
   s/ *Debra C. Poplin*
    CLERK OF COURT